```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ALI MUSTAFA SALHAB, *et al.*,

                         Plaintiffs,

              -v-

SECRETARY KRISTI NOEM, *et al.*,

                        Defendants.
------------------------------------------------------------------- X

1:25-cv-5216-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 4, 2025, the parties filed a stipulation of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 12. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 4, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge